IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIE JOE SHEPARD | § | |
| v. | § | CIVIL ACTION NO. 2:12cv408 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**CONSIDERING** the Report and Recommendation entered herein on December 2, 2013 (docket no. 23), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court,

**IT IS ORDERED AND ADJUDGED** that the Commissioner's final decision is **AFFIRMED** and this social security action is **DISMISSED WITH PREJUDICE**. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 14th day of February, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE